Case 1-09-10296-MJK,    Doc 1,    Filed 01/27/09,    Entered 01/27/09 15:04:09,
Description: Main Document , Page 1 of 18

Case 1-09-10296-MJK,    Doc 1,    Filed 01/27/09,    Entered 01/27/09 15:04:09,
Description: Main Document , Page 2 of 18

Case 1-09-10296-MJK,    Doc 1,    Filed 01/27/09,    Entered 01/27/09 15:04:09,
Description: Main Document , Page 3 of 18

Case 1-09-10296-MJK,    Doc 1,    Filed 01/27/09,    Entered 01/27/09 15:04:09,
Description: Main Document , Page 6 of 18

Case 1-09-10296-MJK,    Doc 1,    Filed 01/27/09,    Entered 01/27/09 15:04:09,
Description: Main Document , Page 7 of 18

Case 1-09-10296-MJK,    Doc 1,    Filed 01/27/09,    Entered 01/27/09 15:04:09,
Description: Main Document , Page 9 of 18